Ryan A. Hamilton, Esq.
Nevada Bar No. 11587
**HAMILTON LAW**
5125 S. Durango Drive
Las Vegas, Nevada 89113
(702) 818-1818
(702) 974-1139 (fax)
Ryan@HamLegal.com

*Attorney for Defendant,*
*Jesus Galvan Guerra*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>JESUS GALVAN GUERRA,<br><br>　　　　　　　Defendant. | Case No.:   2:23-CR-00243-RFB-NJK<br><br>**STIPULATION TO HONORABLY DISCHARGE DEFENDANT FROM UNSUPERVISED PROBATION AND CLOSE CASE** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Defendant RYAN A. HAMILTON, ESQ., of HAMILTON LAW, JASON M. FRIERSON, United States Attorney, and MELANEE SMITH, Assistant United States Attorney, counsel for the United States of America, that the Defendant in the above-referenced be honorably discharged from unsupervised probation and that the case be closed.

　　　　This stipulation is entered into for the following reasons:

1

1. The Defendant has satisfied all requirements within the case;

2. The parties agree that the Defendant may be honorbaly discharged from the Court's unsupervised probation;

3. The parties further agree to close the case out.

DATED this 29th day of August 2024.    DATED this 29th day of August 2024.

/s/Ryan A. Hamilton
Ryan A. Hamilton, Esq.
Nevada Bar No. 11587
**HAMILTON LAW**
5125 S. Durango Drive
Las Vegas, NV 89113
(702) 818-1818
(702) 974-1139 (fax)
Ryan@HamLegal.com

*Attorney for Defendant,
Jesus Galvan Guerra*

/s/Melanee Smith
Melanee Smith, Esq.
**U.S. ATTORNEY'S OFFICE — DISTRICT OF NEVADA**
501 Las Vegas Blvd., South, Ste. 1100
(702) 388-6138
Melanee.Smith@usdoj.gov

*Attorney for Plaintiff,
The United States of America*

Ryan A. Hamilton, Esq.
Nevada Bar No. 11587
**HAMILTON LAW**
5125 S. Durango Drive
Las Vegas, Nevada 89113
(702) 818-1818
(702) 974-1139 (fax)
Ryan@HamLegal.com

*Attorney for Defendant,*
*Jesus Galvan Guerra*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No.: 2:23-CR-00243-RFB-NJK |
|---|---|
| Plaintiff, | |
| vs. | **ORDER GRANTING STIPULATION TO HONORABLY DISCHARGE DEFENDANT FROM UNSUPERVISED PROBATION AND CLOSE CASE** |
| JESUS GALVAN GUERRA, | |
| Defendant. | |

After full consideration of the parties' Stipulation to Honorably Discharge Defendant from Unsupervised Probation and Close Case, the Court hereby orders as follows:

IT IS HEREBY ORDERED that the parties' Stipulation is GRANTED.

IT IS FURTHER ORDERED that the Defendant has successfully completed his requirements pursuant to the parties' guilty plea agreement.

1   IT IS FURTHER ORDERED that the Defendant be honorably discharged from the Court's unsupervised probation.

IT IS FURTHER ORDERED that the above-referenced case be closed.

DATED this 4th day of September, 2024

_____
UNITED STATES DISTRICT COURT JUDGE